IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-2 |
| | ) | |
| v. | ) | Magistrate Judge Patricia L Dodge |
| | ) | |
| ALLEGHENY GENERAL HOSPITAL and SURGEON JOHN DOE, | ) ) | |
| | ) | |
| Defendants. | | |

## DEFICIENCY ORDER

Plaintiff, Nathan Williams, is an inmate at SCI Greene. He submitted to the Court a civil complaint in which he names as defendants Allegheny General Hospital and "Surgeon John Doe." Plaintiff seeks to bring claims against these defendants under 42 U.S.C. § 1983.

Plaintiff's complaint has not been filed because he did not pay the $350.00 filing fee plus the $52.00 administrative fee (for a total of $402.00) or file a properly supported motion for leave to proceed in forma pauperis. **If Plaintiff wants to proceed in forma pauperis, he must provide the Court with a certified copy of his prison account statement for the past 6-months.**

Plaintiff is advised that in the event he pays the filing fee or is granted leave to proceed *in forma pauperis* and his complaint is filed with the Court, the Court will then review it prior to service under the mandatory screening provisions of the Prison Litigation Reform Act ("PLRA"). The Court may dismiss the complaint, or any portion of the complaint, if it is determined that the complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted. Plaintiff is further advised that "[s]ection 1983 provides a cause of action against *state actors* who violate an individual's rights under federal law." *Filarsky v. Delia*, 566 U.S. 377, 380 (2012) (emphasis added).

Based on the foregoing, this case is CLOSED. Plaintiff may reopen this case if by

**March 7, 2023** he either pays the $402.00 filing fee or files with the Court a certified copy of his prison account statement for the past 6-months.

Dated:  February 7, 2023

BY THE COURT:

/s/ Patricia L Dodge
PATRICIA L DODGE
UNITED STATES MAGISTRATE JUDGE